1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT FOREMAN,<br><br>                                     Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN DIEGO, ET AL.,<br><br>                                     Defendants. | CASE NO. 05cv2153 BTM(CAB)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Brian J. White, Esq. has filed a motion to withdraw as counsel of record for Plaintiff Brett Foreman.  Mr. White explains that Plaintiff has failed to cooperate with him in connection with discovery and the prosecution of this action.  Plaintiff will not return Mr. White's telephone calls or e-mails.  Consequently, Mr. White feels that he can no longer effectively represent Plaintiff.

The Court finds that Mr. White has shown good cause for withdrawing as Plaintiff's counsel.  Therefore, Mr. White's motion is **GRANTED** and Mr. White is no longer counsel of record for Plaintiff.  Plaintiff now represents himself.

Mr. White shall serve Plaintiff with a copy of this order and shall file a proof of service with the Court within 10 days of the filing of this order.

**IT IS SO ORDERED.**

DATED:  June 19, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge